IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR ‑ 3 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-02565-BNB

RUTHERFORD ROGERS,

     Plaintiff,

v.

THE FEDERAL BUREAU OF PRISONS,
MR. HARLEY G. LAPPIN, Director, BOP,
MR. H. RIOS, Warden,
MS. A. SERVE (Act. D.H.O. Officer),
MR. J. ESTRADA, Correctional Lt.,
MS. A. BERRIOS, Cook Supervisor,
MR. E. GRAM, Correctional Lt.,
J. BLANK, Correctional Counselor, and
A. JOLLY, Unit Manager,

     Defendants.

---

## ORDER DISMISSING CASE

---

Plaintiff Rutherford Rogers is a prisoner in the custody of the United States Bureau of Prisons at the United States Penitentiary at Florence, Colorado. Mr. Rogers initiated this action by filing **pro se** a complaint alleging that his constitutional rights have been violated. On February 15, 2006, Mr. Rogers filed a notice stating that he wishes to withdraw the instant action.

The Court must construe the notice liberally because Mr. Rogers is representing herself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). The Court will construe the notice as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) of the Federal Rules of Civil Procedure provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment." No response has been filed by Defendants in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the notice filed on February 15, 2006, is construed as a notice of voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of February 15, 2006, the date the notice was filed in this action. It is

FURTHER ORDERED that judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this _1_ day of _____ *March* _____, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  05-cv-02565-BNB

Rutherford Rogers
Reg. No. 88007-012
USP – Florence
PO Box 7000
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on _3/3/06_

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk